IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

vs.                                                           CASE NO. 4:19-204

LISA WILLIAMS

## ORDER TO TEMPORARILY MODIFY CURFEW

IT IS HEREBY ORDERED, upon Defendant's motion, that Defendant's curfew during the following period be modified for the below stated reason:

Extend from 9:00 P.M. to 10:00 P.M. March 4, 2020 and the additional evenings, all in 2020, of March 11, 18, and 25 and April 1, 6, 7, 8, 9 and 10 to attend Lenten and Holy Week Services at Taylor Chapel AME Church at 107 Darling Street, Savannah with family and church family members.

SO ORDERED this 4th day of March, 2020.

_____
Christopher L. Ray
United StatesMagistrate Judge
Southern District of Georgia